| | |
|---|---|
| SPENCER BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GREYSTAR REAL ESTATE PARTNERS, | ) |
| LLC, GREYSTAR MANAGEMENT | ) |
| SERVICES, L.P., MORGAN BOND | ) |
| CHARLOTTE, LLC, KIM UPTON, & | ) |
| STEPHANIE HOVIS. | ) |
| | ) |
| Defendants. | ) |

Exhibit A

Rules Governing Apartment Security Employment

## RULES GOVERNING APARTMENT SECURITY
## EMPLOYMENT

1. Officers desiring to engage in secondary employment in resident security positions will advise the prospective employer to notify the Secondary Employment Coordinator in writing. Apartment security employment will not be authorized until the employer and conditions of employment are approved in writing by the Department.

2. The prospective employer must:

   a. State the intention to employ secondary employment officers and the specific needs for police services.

   b. State the specific duties to be performed and the compensation for these duties.

3. Officer engaging in Apartment Security Employment must:

   a. Complete the required probationary period of employment prior to engaging in any Apartment Security job.

   b. Possess an approved Permit to Engage in Secondary Employment.

   c. Provide to the Secondary Employment Coordinator the name of the apartment complex, location and the name of the resident manager or supervisor. All subsequent changes in management or complex name will also be reported.

   d. Provide prompt notification of termination of employment or any change in employment status to the Secondary Employment Coordinator.

4. Apartment Security Officer Duty Guidelines

   a. Apartment Security Officers must confine their duties to those of a law enforcement nature. Notifications of evictions, collection of rent, bad checks, and enforcement of complex rules, regulations or policies which are not otherwise violations of the law are prohibited.

   b. Apartment Security Officers will not respond to complaints after consuming alcoholic beverages. In such instances, the officer will contact the Communications Division and request an on-duty officer be dispatched to handle the complaint.

   c. Apartment security officers will not respond to a complaint in the complex in which they are employed while on-duty unless dispatched to that location by the Communications Division or employed as a resident security officer for the Charlotte Housing Authority and are responding to a complaint or need for service at a complex within their assigned district.

   d. When responding to complaints where enforcement action is anticipated, Apartment Security Officers will notify the Communications Division and furnish the location and nature of the complaint and request assistance from on-duty officers.

Officer _____
*(Original to Secondary Employment-Copy for officer's records)*

## RULES GOVERNING APARTMENT SECURITY EMPLOYMENT

1. Officers desiring to engage in secondary employment in resident security positions will advise the prospective employer to notify the Secondary Employment Coordinator in writing. Apartment security employment will not be authorized until the employer and conditions of employment are approved in writing by the Department.

2. The prospective employer must:

   a. State the intention to employ secondary employment officers and the specific needs for police services.

   b. State the specific duties to be performed and the compensation for these duties.

3. Officer engaging in Apartment Security Employment must:

   a. Complete the required probationary period of employment prior to engaging in any Apartment Security job.

   b. Possess an approved Permit to Engage in Secondary Employment.

   c. Provide to the Secondary Employment Coordinator the name of the apartment complex, location and the name of the resident manager or supervisor. All subsequent changes in management or complex name will also be reported.

   d. Provide prompt notification of termination of employment or any change in employment status to the Secondary Employment Coordinator.

4. Apartment Security Officer Duty Guidelines

   a. Apartment Security Officers must confine their duties to those of a law enforcement nature. Notifications of evictions, collection of rent, bad checks, and enforcement of complex rules, regulations or policies which are not otherwise violations of the law are prohibited.

   b. Apartment Security Officers will not respond to complaints after consuming alcoholic beverages. In such instances, the officer will contact the Communications Division and request an on-duty officer be dispatched to handle the complaint.

   c. Apartment security officers will not respond to a complaint in the complex in which they are employed while on-duty unless dispatched to that location by the Communications Division or employed as a resident security officer for the Charlotte Housing Authority and are responding to a complaint or need for service at a complex within their assigned district.

   d. When responding to complaints where enforcement action is anticipated, Apartment Security Officers will notify the Communications Division and furnish the location and nature of the complaint and request assistance from on-duty officers.

Apartment Manager _____

*(Original to Secondary Employment-Copy for officers records)*