**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:20-CV-698**

| | |
|---|---|
| SPENCER BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GREYSTAR REAL ESTATE PARTNERS, | ) |
| LLC, GREYSTAR MANAGEMENT | ) |
| SERVICES, L.P., MORGAN BOND | ) |
| CHARLOTTE, LLC, KIM UPTON, & | ) |
| STEPHANIE HOVIS. | ) |
| | ) |
| Defendants. | ) |

Exhibit B

Upton Letter Requesting Brown to be Courtesy Officer



To Whom It May Concern:

Inspire SouthPark has requested a courtesy officer for security duties at our apartment community. I am requesting Spencer Brown to be our courtesy officer here. He will receive $887.50 monthly as compensation for his services. I am requesting his start date to be 2/15/2018. If possible we are requesting a marked police vehicle.

Please feel free to reach out to me with any questions.

Thank you,

Kim Upton

Community Manager

345 Sharon Township Lane

Charlotte, NC 28211