IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00698-RJC-DSC

| | |
|---|---|
| SPENCER BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREYSTAR REAL ESTATE PARTNERS ) | **ORDER** |
| LLC, GREYSTAR MANAGEMENT ) | |
| SERVICES L.P., ) | |
| MORGAN BOND CHARLOTTE LLC, ) | |
| KIMBERLY UPTON AND STEPHANIE ) | |
| HOVIS, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants' "Motion to Dismiss Plaintiff's Complaint" (document #5) filed April 13, 2021, and Plaintiff's "Amended Complaint" (document #7) and "Response in Opposition to Partial Motion to Dismiss" (document #8) filed April 27, 2021.

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P.

15(a)(1)(B). The Rule further provides that leave to amend shall be freely given "when justice so requires." Id.

Plaintiff filed his Amended Complaint as of right fourteen days after receipt of Defendants' Motion to Dismiss.

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS THEREFORE ORDERED** that:

1. Defendants' "Motion to Dismiss Plaintiff's Complaint" (document #5) is administratively **DENIED** as moot without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 27, 2021

David S. Cayer
United States Magistrate Judge