IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:20-cv-698

SPENCER BROWN,

                    Plaintiff,

        v.

GREYSTAR REAL ESTATE
PARTNERS, LLC et al.,

                    Defendants.

## REPORT OF MEDIATOR

I hereby report and certify that on January 12, 2022, the parties and their

respective attorneys participated in a mediated settlement conference with the

undersigned, the result of which was a settlement of all claims. The parties will be filing a

stipulation of dismissal.

This 12 day of January, 2022.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesmediation.com
*Mediator*

2