IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-cv-698

| | |
|---|---|
| SPENCER BROWN,<br><br>Plaintiff,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, GREYSTAR MANAGEMENT SERVICES, L.P., MORGAN BOND CHARLOTTE, LLC, KIMBERLY UPTON, & STEPHANIE HOVIS,<br><br>Defendant. | JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of this action, with each party to bear his or its own costs and fees.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted this 4th day of February, 2022.

| | |
|---|---|
| */s/Kevin P. Murphy* | */s/Elizabeth H. Pratt* |
| Kevin P. Murphy, Bar No. 44453 | Elizabeth H. Pratt, Bar No. 46132 |
| kevin@hermannmurphy.com | epratt@littler.com |
| HERMAN & MURPHY, PLLC | LITTLER MENDELSON, P.C. |
| 1712 Euclid Avenue | 100 North Tryon Street, Suite 4150 |
| Charlotte, NC 28203 | Charlotte, NC 28202 |
| Telephone: 704.940.6399 | Telephone: 704.972.7000 |
| Facsimile: 704.940.6407 | Facsimile: 704.333.4005 |
| | |
| *Attorneys for Plaintiff Spencer Brown* | Jessica T. Travers (*admitted pro hac vice*) |
| | jtravers@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 111 N. Orange Ave, Suite 1750 |
| | Orlando, FL 32801 |
| | Telephone: 407.393.2950 |
| | Facsimile: 407.393.2929 |
| | |
| | George J. Oliver, Bar No. 05774 |
| | jerryoliver@foxrothschild.com |
| | FOX ROTHSCHILD, LLP |
| | P.O. Box 257525 |
| | Raleigh, NC 27611 |
| | Telephone: 919.755.8700 |
| | Facsimile: 919.755.8800 |
| | |
| | *Attorneys for Defendants Greystar Real Estate Partners, LLC, Greystar Management Services, L.P., Morgan Bond Charlotte, LLC, Kimberly Upton, and Stephanie Hovis* |

4876-6889-1657.1 / 112097-1001